IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENYATTA WRIGHT, :
    Plaintiff :
: No. 1:18-CV-00658
v. :
: (Judge Rambo)
ELLIOTT DEFRANCESCO, et al., :
    Defendants :

**ORDER**

    **AND NOW**, on this 2nd day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions to proceed in forma pauperis (Doc. Nos. 2, 6), construed as motions to proceed without the full prepayment of fees and costs, are **GRANTED**;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED** without prejudice for failure to state a claim under 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The Clerk of Court is directed to **CLOSE** this case.

                                    s/Sylvia H. Rambo
                                    SYLVIA H. RAMBO
                                    United States District Judge